# Third District Court of Appeal

## State of Florida

Opinion filed March 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1894
Lower Tribunal No. 18-40275
_____

**Levar Curtis Johnson,**
Appellant,

vs.

**The Bank of New York Mellon, etc., et al.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Levar Curtis Johnson, in proper person.

DeLuca Law Group, PLLC, and Joseph G. Paggi III and Kimberly George (Fort Lauderdale), for appellee.


Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.